**No. 09-9042. Laurie Marie Laskey, Petitioner v. RCN Corporation.**

560 U.S. 923, 130 S. Ct. 3349, 176 L. Ed. 2d 1218, 2010 U.S. LEXIS 4218.

May 24, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-10157. Timothy Trimble, Petitioner v. Florida.**

560 U.S. 923, 130 S. Ct. 3350, 176 L. Ed. 2d 1218, 2010 U.S. LEXIS 4208.

May 24, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 14, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 08-1314. Delbert Williamson, et al., Petitioners v. Mazda Motor of America, Inc., et al.**

560 U.S. 923, 130 S. Ct. 3348, 176 L. Ed. 2d 1218, 2010 U.S. LEXIS 4352.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, granted limited to Question 1 presented by the petition.

Same case below, 167 Cal. App. 4th 905, 84 Cal. Rptr. 3d 545.

**No. 08-1438. Harvey Leroy Sossamon, III, Petitioner v. Texas, et al.**

560 U.S. 923, 130 S. Ct. 3319, 176 L. Ed. 2d 1218, 2010 U.S. LEXIS 4266.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted limited to the following question: "Whether an individual may sue a State or state official in his official capacity for damages for violations of the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc et seq. (2000 ed.)."

Same case below, 560 F.3d 316.

**No. 09-893. AT&T Mobility LLC, Petitioner v. Vincent Concepcion, et ux.**

560 U.S. 923, 130 S. Ct. 3322, 176 L. Ed. 2d 1218, 2010 U.S. LEXIS 4309.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 584 F.3d 849.

**No. 09-987. Arizona Christian School Tuition Organization, Petitioner v. Kathleen M. Winn, et al.**

**No. 09-991. Gale Garriott, Director, Arizona Department of Revenue, Petitioner v. Kathleen M. Winn, et al.**

560 U.S. 924, 130 S. Ct. 3350, 176 L. Ed. 2d 1218, 2010 U.S. LEXIS 4343.

May 24, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, 562 F.3d 1002.